FILED

04/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0285

# IN THE SUPREME COURT FOR THE STATE OF MONTANA

## No. DA 20-0285

JAMES JOEY HILL,

    Defendant and Appellant,

v.

STATE OF MONTANA,

    Plaintiff and Appellee.

## ORDER

Upon consideration of the Motion to Withdraw as Counsel of Record, and with good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant and Appellant in this matter, James Joey Hill, shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender's Office.

IT IS FURTHER ORDERED that the Clerk of this Court shall give notice of this Order by mail to all counsel of record and to Defendant and Appellant James Joey Hill at that person's last known address.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 27 2021